■ In the Matter of June Briese et al., Appellants, v Vincent J. Dwyer et al., Respondents.—Judgment, Supreme Court, Queens County (Sol Dunkin, J.), entered on or about July 30, 1986, unanimously affirmed, without costs and with-

out disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal and Wallach, JJ.